IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHAD AARON WARD, | ) | No. C 11-3594 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN RICHARD IVES, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner, a prisoner at the Federal Correctional Institution in Herlong, Calfiornia, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Although captioned as a habeas petition, Petitioner's claims appear to be more suited for a 42 U.S.C. § 1983 action. A substantial part of the events or omissions giving rise to the claims occurred, and it appears that the intended defendants reside, in Lassen County, which lies within the venue of the United States District Court for the Eastern District of California. Venue therefore properly lies in the Eastern District of California. *See* 28 U.S.C. § 1391(b).

Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a). The Clerk shall transfer this matter and terminate all pending motions.

IT IS SO ORDERED.

DATED: __9/19/11_____            _Lucy H. Koh_____
                                        LUCY H. KOH
                                        United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.11\Ward594trans.wpd