IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD AARON WARD,

    Petitioner,                    No. CIV S-11-2501 CKD P

    vs.

RICHARD IVES, et al.,

    Respondents.                 FINDINGS AND RECOMMENDATIONS

_____/

        By order filed November 9, 2011, petitioner's habeas application was dismissed and petitioner was granted thirty days' leave to file an amended complaint for alleged violations of petitioner's civil rights by federal officials. The thirty day period has now expired, and petitioner has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, petitioner may file written

1  objections with the court. The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations." Petitioner is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
4  F.2d 1153 (9th Cir. 1991).

 Dated: December 27, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
ward2501.fta